UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SOURCECODE COMMUNICATIONS LLC, :
:
              Plaintiff, :
:     21-CV-10519 (VSB)
     -against- :
:     **ORDER**
IN-TELLIGENT LLC, :
:
             Defendant. :
:
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 9, 2021. (Doc. 1). Plaintiff filed its Amended Complaint on December 14, 2021, (Doc. 8), and on December 29, 2021, Plaintiff filed an affidavit of service indicating that Defendant was served the Amended Complaint on December 27, 2021. (Doc. 11.) The deadline for Defendant to respond to the Amended Complaint was January 18, 2022. (*See id.*) Defendant never responded or appeared in the action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 18, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 1, 2022
           New York, New York

                                                            _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge