UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SOURCECODE COMMUNICATIONS LLC,                              :
                                                            :
                    Plaintiff,             :
                                                            :        21-CV-10519 (VSB)
       -against-                                           :
                                                            :        **DEFAULT JUDGMENT**
IN-TELLIGENT LLC,                                           :
                                                            :
                    Defendant.             :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       In accordance with my disposition during the April 18, 2022 conference in this action and Plaintiff's comments regarding its filings, it is hereby

       ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendant In-Telligent LLC. This case will be referred to the magistrate judge for an inquest on damages. It is further

       ORDERED that Plaintiff shall file corrected and supplemental materials regarding the amount of attorneys' fees it requests by May 3, 2022.

SO ORDERED.

Dated:    April 19, 2022
             New York, New York

                                                          _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge