```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SOURCECODE COMMUNICATIONS LLC,        :
                                      :    21-CV-10519 (VSB) (RWL)
                        Plaintiff,    :
                                      :
            - against -               :    ORDER
                                      :
IN-TELLIGENT LLC,                     :
                                      :
                        Defendant.    :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **April 29, 2022**, Plaintiff shall file a declaration attesting to counsel's rates and experience to support the application for attorney's fees as part of default judgment. Alternatively, Plaintiff shall identify where such information appears in the papers filed in support of default judgment.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1