```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SOURCECODE COMMUNICATIONS LLC,                              :
                                                            :
                            Plaintiff,                      :
                                                            :
            - against -                                     :   21-CV-10519 (VSB) (RWL)
                                                            :
IN-TELLIGENT LLC.                                           :            ORDER
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Before me is Magistrate Judge Robert W. Lehrburger's unchallenged Report and Recommendation, entered on May 25, 2022, after I awarded Plaintiff default judgment and referred this matter for an inquest on damages (the "Report"). (Doc. 38 ("R&R").) Judge Lehrburger recommends that Plaintiff be awarded (1) $153,339 in damages; (2) prejudgment interest at the statutory rate of 9% as calculated by the Clerk of Court; (3) $30,108.32 in attorneys' fees; (4) $1,356.97 in costs; and (5) postjudgment interest at the statutory rate. (*Id.* at 1.)

      In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Parties may raise specific, written objections to the report and recommendation within 14 days of being served with a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b)(2). When a party submits a timely objection, a district court reviews de novo the parts of the report and recommendation to which the party objected. 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3). When neither party submits an objection to a report and recommendation, or any portion thereof, a district court reviews the report and

recommendation for clear error.  *See Rodriguez v. Clearbrook Mgmt. Inc.*, No. 22CV04442JLRSLC, 2023 WL 112756, at *1 (S.D.N.Y. Jan. 5, 2023); *Caballero v. Comm'r of Soc. Sec.*, No. 18-CV-7794 (VEC), 2019 WL 2602849, at *1 (S.D.N.Y. June 25, 2019).

Judge Lehrburger notified the parties that "[p]ursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules Of Civil Procedure, [they had] fourteen (14) days to file written objections to [his] Report And Recommendation." (R&R 18.)  Here, neither party objected to the Report or requested additional time to file objections.  Accordingly, I have reviewed Judge Lehrburger's thorough and well-reasoned Report for clear error and, after careful review, found none.  Accordingly, I ADOPT the Report.

The Clerk of Court is respectfully directed to enter judgment per the terms stated in the Report and to terminate this action.

SO ORDERED.

Dated: March 30, 2023
      New York, New York

                                       Vernon S. Broderick
                                       United States District Judge