**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SOURCECODE COMMUNICATIONS LLC,

                Plaintiff,                21 **CIVIL** 10519 (VSB)(RWL)

      -against-                    **JUDGMENT**

IN-TELLIGENT LLC,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2023, the Report is ADOPTED. Plaintiff is awarded (1) $153,339.00 in damages, (2) prejudgment interest at the statutory 9% rate, in the amount of $28,080.75 (3) $30,108.32 in reasonable attorneys' fees, (4) $1,356.97 in costs, and (5) postjudgment interest at the statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
           March 31, 2023

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                     **BY:**         *K. Mango*

                                                            **Deputy Clerk**